UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUEZ M. HARRISON,<br>        Plaintiff,<br>   v.<br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br>        Defendant. | Case No. 21-05367 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate at the San Francisco County Jail, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. This matter was originally assigned to the Honorable Magistrate Judge Joseph C. Spero, to which Plaintiff filed consent. Dkt. No. 3, 4. On October 22, 2021, Judge Spero screened the complaint and found it failed to set forth sufficient facts to state a claim. Dkt. No. 7. Judge Spero dismissed the complaint with leave to amend no later than December 1, 2021. Id. at 3. Plaintiff was advised that failure to file a proper amended complaint within the designated time would result in this matter being reassigned to a district judge with a report and recommendation that the suit be dismissed. Id. When the deadline passed without a response from Plaintiff, the matter was reassigned to this Court on December 14, 2021. Dkt. Nos. 8, 9.

The deadline for Plaintiff to comply with the last court order has passed. Because

Plaintiff has failed to file an amended complaint in the time provided to correct the deficiencies in the original complaint, this action is **DISMISSED** with prejudice for failure to state a claim for relief.

The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: ____1/14/2022_____

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.21\05367Harrison_dism.no-amcompl.docx

2