UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUEZ M. HARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>    Defendant. | Case No. 21-05367 EJD (PR)<br><br>**JUDGMENT** |

    For the reasons stated in the order of dismissal, this action is dismissed with prejudice. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: _____1/14/2022_____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\EJD\CR.21\05367Harrison_judgment.docx